IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODERIC MALCOLM SCHMIDT,<br><br>    Plaintiff(s),<br><br>v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE, et. al.,<br><br>    Defendant(s). | CASE NO. 5:13-cv-00986 EJD<br><br>**ORDER RE: PLAINTIFF'S MOTION TO EXTEND FACT DISCOVERY CUTOFF**<br><br>[Docket Item No(s). 67] |

On June 25, 2013, Plaintiff Roderic Malcolm Schmidt filed a Motion to Extend Fact Discovery Cutoff. See Docket Item No. 67. Pursuant to Civil Local Rule 7-3, any opposition to the motion shall be filed and served on or before **July 9, 2013.** Any reply shall be filed and served on or before **July 16, 2013**, at which time the matter will be deemed submitted for decision without oral argument pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: June 27, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-00986 EJD
ORDER RE: PLAINTIFF'S MOTION TO EXTEND FACT DISCOVERY CUTOFF