**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODERIC MALCOLM SCHMIDT,<br><br>           Plaintiff(s),<br><br>   v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE, et. al.,<br><br>           Defendant(s). | CASE NO. 5:13-cv-00986 EJD<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>[Docket Item No(s). 75] |

On July 15, 2013, Plaintiff Roderic Malcolm Schmidt filed a Motion for Leave to File a Second Amended Complaint. See Docket Item No. 75. Pursuant to Civil Local Rule 7-3, any opposition or non-opposition to the motion shall be filed and served on or before **July 29, 2013.** Any reply shall be filed and served on or before **August 5, 2013**, at which time the matter will be deemed submitted for decision without oral argument pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: July 17, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-00986 EJD
ORDER RE: PLAINTIFF'S MOTION TO FOR LEAVE TO FILE SECOND AMENDED COMPLAINT