Elizabeth C. Gianola SBN#142522
HORAN LLOYD
A Professional Corporation
26385 Carmel Rancho Blvd., Suite 200
Carmel, CA  93923
Tel:     (831) 373-4131
Fax:    (831) 373-8302

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERIC MALCOLM SCHMIDT,<br><br>Plaintiff,<br>vs.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE, John Doe, Jane Roe,<br><br>Defendants.<br><br>MARTIN A. SCHMIDT, SUCCESSOR TRUSTEE OF THE SCHMIDT FAMILY TRUST DATED JULY 12, 1979,<br><br>Intervenor. | Case No.: 5:13-cv-00986-EJD<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR ORDER OF COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Roderic Malcolm Schmidt requests that this entire action, United States District Court, Northern District of California, Case No. 5:13-cv-00986-EJD be dismissed with prejudice.

The undersigned parties further request that the Court retain jurisdiction to enforce the Settlement Agreement attached hereto and incorporated herein.

*Schmidt v. Coldwell Banker Residential Brokerage, et al.*
US District Court, Northern District, Case No. 5:13-cv-00986-EJD

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR ORDER OF COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

1 | Dated: August 22, 2013

*[signature: Roderic Malcolm Schmidt]*
Roderic Malcolm Schmidt
Plaintiff In Pro Per

4 | Dated: August 22, 2013

*[signature]*
Martin A. Schmidt, Successor Trustee of the
Schmidt Family Trust Dated July 12, 1979

NRT WEST, INC. DBA COLDWELL BANKER
RESIDENTIAL MORTGAGE

By: _____
    Daniel M. Mueller, Vice-President and
    Western Regional Counsel

Dated: August 22, 2013

HORAN LLOYD

By: *[signature: E. C. Gianola]*
    Elizabeth C. Gianola
    Attorneys for Defendant Intervenor Martin
    A. Schmidt, Successor Trustee of The
    Schmidt Family Trust Dated July 12, 1979

Dated: August 22, 2013

LAW DIVISION OF NRT LLC

By: _____
    Michael W. Davidson
    Attorneys for Defendant
    NRT West, Inc. dba Coldwell Banker
    Residential Brokerage

---

*Schmidt v. Coldwell Banker Residential Brokerage, et al.*
US District Court, Northern District,
Case No. 5:13-cv-00986-EJD

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR ORDER OF COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

| | | |
|---|---|---|
| 1 | Dated: August 22, 2013 | *[signature]* |
| 2 | | Roderic Malcolm Schmidt |
| 3 | | Plaintiff In Pro Per |
| 4 | Dated: August 22, 2013 | |
| 5 | | Martin A. Schmidt, Successor Trustee of the Schmidt Family Trust Dated July 12, 1979 |

NRT WEST, INC. DBA COLDWELL BANKER RESIDENTIAL MORTGAGE

*[signature]*

By: Daniel M. Mueller, Vice-President and Western Regional Counsel

Dated: August 22, 2013

HORAN LLOYD

By: *[signature]*
Elizabeth C. Gianola
Attorneys for Defendant Intervenor Martin A. Schmidt, Successor Trustee of The Schmidt Family Trust Dated July 12, 1979

Dated: August 22, 2013

LAW DIVISION OF NRT LLC

By: *[signature]*
Michael W. Davidson
Attorneys for Defendant
NRT West, Inc. dba Coldwell Banker Residential Brokerage

---

*Schmidt v. Coldwell Banker Residential Brokerage, et al.*
US District Court, Northern District,
Case No. 5:13-cv-00986-EJD

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR ORDER OF COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

1
2
3    IT IS SO ORDERED. All pending matters are TERMINATED. The clerk shall close this file.
4
5    DATED: August 27, 2013
6
7    _____
    EDWARD J. DAVILA
    UNITED STATES DISTRICT JUDGE
8
...
28

Schmidt v. Coldwell Banker Residential Brokerage, et al.
US District Court, Northern District, Case No. 5:13-cv-00986-EJD

3

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR ORDER OF COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT